# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RALPH J. PENLEY and DONNA PENLEY**
**as Co-Personal Representatives of the Estate**
**of Christopher David Penley, Deceased; and**
**as natural parents of Christopher David**
**Penley ,**

                    **Plaintiffs,**

**-vs-**　　　　　　　　　　　　　　　　　　　　**Case No.  6:08-cv-310-Orl-31KRS**

**DONALD F. ESLINGER, individually and**
**as Sheriff of Seminole County and**
**MICHAEL W. WEIPPERT individually**
**and in his official capacity as a duly**
**appointed Deputy Sheriff of Seminole**
**County ,**

                    **Defendants.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION TO EXTEND DEADLINE FOR EXPERT DISCLOSURE DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINES (Doc. No. 32)** |
| **FILED:** | November 24, 2008 |

**THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

The parties request enlargement of various deadlines previously established in the Case Management and Scheduling Order, Doc. No. 17.  The proposed revision would leave insufficient time to conduct expert discovery before the extended discovery completion date.  In my experience,

this would likely result in a motion to further extend the discovery and dispositive motion dates, thereby leaving the presiding district judge insufficient time to resolve dispositive motions before trial.

Counsel may file a motion for issuance of an amended case management and scheduling order if necessary. The motion must be supported by a showing of good cause why counsel could not complete discovery within the time originally established by the Court. The agreement among counsel that more time is needed is not good cause.

**DONE** and **ORDERED** in Orlando, Florida on November 26, 2008.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE