**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RALPH J. PENLEY and DONNA PENLEY**
**as Co-Personal Representatives of the Estate**
**of Christopher David Penley, Deceased; and**
**as natural parents of Christopher David**
**Penley ,**

                **Plaintiffs,**

**-vs-**                                          **Case No.  6:08-cv-310-Orl-31KRS**

**DONALD F. ESLINGER, individually and**
**as Sheriff of Seminole County and**
**MICHAEL W. WEIPPERT individually**
**and in his official capacity as a duly**
**appointed Deputy Sheriff of Seminole**
**County ,**

                **Defendants.**

_____

## ORDER

This matter comes before the Court on the Defendants' Motion to Obtain, Possess and Use Certain Confidential Documents (Doc. 34).  The deadline has passed without any response from the Plaintiffs, and the motion is therefore considered unopposed under Local Rule 3.01(b). Accordingly, it is hereby

**ORDERED** that Defendants' Motion to Obtain, Possess and Use Certain Confidential Documents (Doc. 34) is **GRANTED**. The records at issue in this motion may be provided only to the offices of counsel for the Plaintiffs and the Defendants, and their respective experts. No further disclosure of these documents may occur without further order of this Court.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 5, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party