# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**RALPH J. PENLEY and DONNA PENLEY**
**as Co-Personal Representatives of the Estate**
**of Christopher David Penley, Deceased; and**
**as natural parents of Christopher David**
**Penley ,**

       **Plaintiffs,**

**-vs-**               **Case No. 6:08-cv-310-Orl-31KRS**

**DONALD F. ESLINGER, individually and**
**as Sheriff of Seminole County and**
**MICHAEL W. WEIPPERT individually**
**and in his official capacity as a duly**
**appointed Deputy Sheriff of Seminole**
**County,**

       **Defendants.**

## ORDER

   This matter comes before the Court *sua sponte*. In their response to the motions for summary judgment, the Plaintiffs contend that the case of *Tennessee v. Garner*, 471 U.S. 1 (1985), requires that law enforcement officers provide a warning before employing deadly force in situations such as the one at issue in this case. The Plaintiffs argue that no such warning was provided here, and that the policy of the Seminole County Sheriff's Department did not require such a warning, and that these failures preclude the entry of summary judgment in favor of either of the Defendants.

   Because these arguments were first raised in response to the motions for summary judgment, the Defendants have not addressed them. Accordingly, on or before May 22, 2009, the

Defendants shall file a reply memorandum or memoranda addressing the issues raised above, such as (1) whether *Garner* required that Christopher Penley be given a warning before deadly force was employed against him; (2) whether department policy required that such a warning be given; (3) whether any such warning was given; and (4) what effect this has on the Defendants' entitlement to summary judgment. If the Defendants choose to file separate memoranda, neither shall exceed five pages in length; if they choose to file a joint memorandum, it shall not exceed ten pages in length.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 14, 2009.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party